# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Elijah Junior Sims ,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:09-cv-00491-RJC

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/6/2012 Order.

                                                          Signed: August 6, 2012

Frank G. Johns, Clerk
United States District Court